**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

JADA WINTERS,

                Plaintiff,

- against -

PHOUNTAIN PH HOLDINGS CORP. and PATRICK COOLEY,

                Defendant

Case No.: 2:23-cv-01668-JMA-JMW

**RULE 7.1 DISCLOSURE STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for PHOUNTAIN PH HOLDINGS CORP., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    None.

Dated: Flushing, New York
       May 3, 2023

SEO LAW GROUP, PLLC

/s/ *Diana Seo*
Diana Y. Seo, Esq.
136-68 Roosevelt Ave., Suite 726
Flushing, New York 11354
Tel: (718) 500-3340
Email: diana@seolawgroup.com
*Attorneys for Defendant*
*PHOUNTAIN PH HOLDINGS CORP.*