**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE                DATE:   05/10/2023
                                                            TIME:   11:00 AM
                                                            ☐ SEALED PROCEEDING

**CIVIL CAUSE FOR INITIAL CONFERENCE**
**CASE:  2:23-cv-01668-JMA-JMW-Winters v. Phountain PH Holdings Corp.**

APPEARANCES:

| | |
|---|---|
| For Plaintiff: | Joshua Mathew Friedman |
| For Defendant (Phountain PH Holdings Corp): | Diana Y. Seo |
| For Defendant (Patrick Cooley): | Cory H. Morris |

Court Reporter/FTR:   11:00 – 11:15 (Via Zoom)

**THE FOLLOWING RULINGS WERE MADE:**

☒    Initial Conference held on May 10, 2023.

☒    The parties summarized the details of the case.  Parties informed the Court that they expect to complete Rule 26(a)(1) disclosures within the next two weeks.  The exchange of these disclosures shall be completed by May 24, 2023.

☒    Parties discussed the possibility of a settlement once these disclosures have been made.  To that end, a Settlement Conference has been scheduled for June 14, 2023 at 9:30 AM in **Courtroom 1020**, in which all parties shall attend.  Each party must submit an *ex parte* settlement statement on or before June 9, 2023 in accordance with the undersigned's rules.

☒    The Court held all other dates in the proposed 26(f) scheduling order in abeyance.  If the case remains unsettled after June 14, 2023, the Court shall set a schedule for the balance of the dates.

                                                        SO ORDERED
                                                        /s/ *James M. Wicks*
                                                        JAMES M. WICKS
                                                        United States Magistrate Judge