**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X   **Case No. 23-cv-1668**

JADA WINTERS,

                         Plaintiff,                        **CLERK'S CERTIFICATE OF**
                                                               **DEFAULT**

- against -

PHOUNTAIN PH HOLDINGS CORP. and
PATRICK COOLEY,

                         Defendants.
-----------------------------------------------------------------------X

       I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern

District of New York, do hereby certify that the docket entries in the above-entitled action indicate

that Defendant PHOUNTAIN PH HOLDINGS CORP. failed to appear through substitute counsel

by February 19, 2024 as required by the Court's order dated January 18, 2024 and the Court, on

March 7, 2024, directed Plaintiff to file a request for a certificate of default. The default of

Defendant PHOUNTAIN PH HOLDINGS CORP. is hereby noted pursuant to Rule 55(a) of the

Federal Rules of Civil Procedure.

Dated: Central Islip   , New York
        March 8     , 2024

                                    BRENNA B. MAHONEY, Clerk of Court


                                 By:   /s/ James J. Toritto
                                        Deputy Clerk