**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X   Case No.: 23-cv-1668

JADA WINTERS,

                     Plaintiff,

                                                               **NOTICE OF MOTION**

    -against-

PHOUNTAIN PH HOLDINGS CORP. and PATRICK COOLEY,

                   Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support, and all pleadings herein, Plaintiff, Jada Winters, will move this Court, before the Honorable James M. Wicks, United States Magistrate Judge, Eastern District of New York, at the United States Courthouse, located at 100 Federal Plaza, Central Islip, New York 11722, at a date and time to be set by the Court, for an Order pursuant to Rule 55 of the Federal Rules of Civil Procedure, granting judgment by default in favor of Plaintiff against Defendant Phountain PH Holdings Corp.

Dated: Garden City, New York
         April 8, 2024

                                            **PHILLIPS & ASSOCIATES,**
                                            **ATTORNEYS AT LAW, PLLC**

                        By:      /s/
                                            Joshua Friedman
                                            Joseph Myers
                                            *Attorneys for Plaintiff*
                                            585 Stewart Avenue, Suite 410
                                            Garden City, New York 11530
                                            (212) 248-7431
                                            jfriedman@tgplaws.com
                                            jmyers@tpglaws.com