**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X

JADA WINTERS,                                             Case No.: 23-cv-1668

                                Plaintiff,

                  -against-

PHOUNTAIN PH HOLDINGS CORP. and PATRICK    **DECLARATION OF**
COOLEY,                                                         **JOSEPH MYERS**

                                Defendants.
----------------------------------------------------------------------X

I, **JOSEPH MYERS,** an attorney licensed by the State of New York and admitted to practice in the United States District Court of the Eastern District of New York, do hereby certify the following:

1. I am an Associate with the firm, Phillips & Associates, PLLC, the attorneys for Plaintiff, Jada Winters, ("Plaintiff") in the above-entitled action, and as such, am fully familiar with the facts and circumstances contained herein.

2. I submit this Declaration in support of Plaintiff's Motion for Default Judgment against Defendant Phountain PH Holdings Corp.

3. Attached hereto as exhibits are the following:

    a. Exhibit A – Complaint;

    b. Exhibit B – Clerk's Certificate of Default;

    c. Exhibit C – Court's Order dated January 18, 2024;

    d. Exhibit D – Court's Order dated March 7, 2024; and

    e. Exhibit E – Proposed Default Judgment.

**WHEREFORE**, for the reasons set forth in accompanying Memorandum of Law, Plaintiff respectfully requests that the Court grant Plaintiff's Motion for Default Judgment against Defendant

Phountain PH Holdings Corp.

Dated: Garden City, New York
April 29, 2024

                                                      Respectfully Submitted,

                                                     /s/ Joseph Myers
                                                     Joseph Myers, Esq.
                                                     **Phillips & Associates, PLLC**
                                                     *Attorneys for Plaintiff*
                                                     585 Stewart Avenue, Suite 410
                                                     Garden City, NY 11530
                                                     (212) 248-7431