**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE

DATE: 01/18/2024
TIME: 11:30 AM
☐ **SEALED PROCEEDING**

## CIVIL CAUSE FOR STATUS CONFERENCE
**CASE: 2:23-cv-01668-JMA-JMW-Winters v. Phountain PH Holdings Corp. et al.**

APPEARANCES:

| | |
|---|---|
| For Plaintiff: | Joshua Mathew Friedman |
| For Defendant (Phountain PH Holdings Corp.): | Diana Y. Seo |
| For Defendant (Patrick Cooley): | Cory H. Morris, with Defendant, Patrick Cooley |

Court Reporter/FTR:          11:28-11:43 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒      Status Conference held on January 18, 2024.

☒      For reasons stated on the record, the Court grants Counsel for Defendant's, Phountain PH Holdings Corp., Motion to Withdraw as Attorney (ECF No. [31]).  In addition, the Court denies without prejudice with leave to renew, Plaintiff's Motion to Compel (ECF No. [34]). The undersigned will issue a written Order on these motions. On or before **January 22, 2024**, Counsel for Defendant is directed to serve a copy of this electronic order and the Memorandum Order upon Defendant Phountain PH Holdings Corp. and its principals.

☒      On or before **February 19, 2024**, Phountain shall retain new counsel and that counsel shall file a notice of appearance on ECF.  Discovery is held in abeyance pending new counsel being appointed for Phountain PH Holdings Corp.

A Status Conference has been scheduled for **March 7, 2024 at 10:00 AM** via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date.  This conference is a public proceeding, and all are welcome to attend via telephone or via video.  If you would like to receive the Zoom invitation, please contact Judge Wicks' Courtroom Deputy at (631) 712-5625.

1

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

SO ORDERED

/s/ *James M. Wicks*

JAMES M. WICKS
United States Magistrate Judge