## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE　　　　　　　DATE:  03/07/2024
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TIME:   10:00 AM
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ SEALED PROCEEDING

### CIVIL CAUSE FOR PRE-MOTION CONFERENCE
### CASE:  2:23-cv-01668-JMA-JMW-Winters v. Phountain PH Holdings Corp. et al.

APPEARANCES:

| | |
|---|---|
| For Plaintiff: | Joshua Mathew Friedman |
| Defendant (Phountain PH Holdings Corp.): | No Appearance |
| For Defendant (Patrick Cooley): | Cory H. Morris |

Court Reporter/FTR:　　　　　　　　　　　　　　　　10:00-10:18 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒　Pre-motion conference held on Defendant's anticipated Motion to Dismiss (ECF No. [19]) and Defendant's Motion to Dismiss Defendant Phountain PH Holdings Corp.'s ("Phountain") cross-claims (ECF No. [21]).  Discussion was held on the anticipated motions.

☒　On or before **March 15, 2024**, Counsel for Cooley shall file a letter advising whether he intends to move forward on the motion to dismiss or interpose and answer with the intention of later moving for summary judgment.

☒　The Court has determined that Phountain is in default, given that it failed to appear through counsel by February 19, 2024 (ECF No. [40]) as it is required to do.  Accordingly, on or before **March 15, 2024,** Counsel for Plaintiff shall request that the Clerk of the Court enter default as to Phountain.

☒　Defendant Cooley's anticipated motion to dismiss the cross-claims (ECF No. [21]) is deemed **withdrawn without prejudice** until default is entered against Phountain.  Following the entry of default, Counsel for Cooley may renew his motion to dismiss the cross-claims based on the default.  In addition, Counsel for Cooley raised a question regarding the prior motion for sanctions against Phountain (ECF Nos. [34] and [36]), however that motion was denied without prejudice (ECF No. [40]).  To the extent sanctions are sought against Phountain, they may include this request for relief in their respective motions for default judgment and to dismiss the cross-claims.

1

☒ Per the Hon. Joan M. Azrack's Electronic Order referring all dispositive motions (*see* Electronic Order dated Feb. 20, 2024), any future dispositive motions shall be addressed to the undersigned.

                                        SO ORDERED
                                        /s/ *James M. Wicks*
                                        JAMES M. WICKS
                                        United States Magistrate Judge