**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X   Case No.: 23-cv-1668

JADA WINTERS,

                Plaintiff,

  -against-                                           **[PROPOSED]**
                                                      **DEFAULT JUDGMENT**

PHOUNTAIN PH HOLDINGS CORP. and
PATRICK COOLEY,

                Defendants.

-------------------------------------------------------------X

      WHEREAS Defendant Phountain PH Holdings Corp. failed to comply with the Court's Order dated January 18, 2024 and the default of Defendant Phountain PH Holdings Corp. was noted by the Clerk of the Court on March 8, 2024;

      WHEREAS Plaintiff Jada Winters filed a motion for default judgment against Phountain PH Holdings Corp on April 9, 2024 and the Court having found good cause to grant the motion; and

      WHEREAS an inquest was held on _____;

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendant Phountain PH Holdings Corp. in the amount of _____ in Back Pay, Prejudgment Interest in the amount of _____, Emotional Distress Damages in the amount of _____, Punitive Damages in the amount of _____, and Attorneys' Fees and Costs in the amount of _____.

Dated: _____
      Central Islip, New York

                                                        **ENTERED:**

                                                         _____
                                                        United States District Judge