UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X   Case No. 23-cv-1668

JADA WINTERS,

                          Plaintiff,                             **AFFIDAVIT OF SERVICE**

    -against-

PHOUNTAIN PH HOLDINGS CORP. and PATRICK COOLEY,

                          Defendants.
-----------------------------------------------------------------X

STATE OF NEW YORK    }
                               } ss.
COUNTY OF NASSAU     }

I, Justyna Callanan, being sworn, depose and says:

I am not a party to this action, am over eighteen (18) years of age and reside in Nassau County, New York. On April 29, 2024, I served a copy of the Declaration of Joseph Myers, along Exhibits A-E thereto, upon Defendant Phountain PH Holdings Corp., by first-class mail and certified mail (9589 0710 5270 0564 8461 10) to 866 Manor Lane, West Babylon, New York 11704 and by first-class mail and certified mail (9589 0710 5270 0564 8459 22) to 19 E. Sunrise Highway, Lindenhurst, New York 11757.

                                                                JUSTYNA CALLANAN

Sworn to before me this
29th day of April, 2024

_____
NOTARY PUBLIC