UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JADA WINTERS,

Plaintiff,

-against-

PHOUNTAIN PH HOLDINGS CORP. *et al*,

Defendants.
----------------------------------------------------------X

For Online Publication Only

**ORDER**
23-CV-01668 (JMA) (JMW)

FILED
CLERK
8/26/2026 12:49 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK, District Judge:**

The Court previously granted Plaintiff's motion for default judgment against Defendant Phountain PH Holdings Corp. ("Phountain"). (ECF No. 57.) The Court directed Plaintiff leave to file a separate submission concerning damages, which was to include all of her evidentiary support for her damages. In response, Plaintiff filed a declaration. (ECF No. 60.) Having considered that declaration, the Court awards Plaintiff the following damages: (i) $50,000 in emotional distress damages for her hostile work environment and retaliation claims; and (ii) $11,000 for backpay. The Court dismisses Plaintiff's NYSHRL claim against Cooley without prejudice so that the Plaintiff and Cooley may litigate that state law claim in state court. The Clerk of Court is directed to enter judgment accordingly and to close this case.

**SO ORDERED.**

Dated: Central Islip, New York
August 26, 2026

**/s/ (JMA)**
JOAN M. AZRACK
United States District Judge